Gregg A. Rapoport (SBN 136941)
grapoport@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Tel: 213-358-7220
Fax: 213-358-7320

Elizabeth G. Borland (*adm. pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE Suite 1000
Atlanta, GA 30309
Tel: 404-815-3645
Fax: 404-685-6945

*Attorneys for Plaintiff and Counterdefendant*
THE ACCELERATION GROUP, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE ACCELERATION GROUP, LLC,<br><br>                              Plaintiff,<br><br>vs.<br><br>SAINT CLOUD, INC. and RAY BRIAN WALKER,<br><br>                              Defendants.<br><br>And Related Counterclaim | Case No.  5:25-cv-10867-EKL<br>*Hon. Eumi K. Lee*<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR COUNTERDEFENDANT TO RESPOND TO COUNTERCLAIM**<br><br>[L.R. 6-1(b)] |

WHEREAS, Plaintiff THE ACCELERATION GROUP, LLC ("Plaintiff" or "TAG") filed this action on December 19, 2025 against Defendants SAINT CLOUD, INC. ("St. Cloud" and RAY BRIAN WALKER ("Walker") (together, "Defendants") (ECF 1);

WHEREAS, on January 14, 2026, Plaintiff filed a Motion for Preliminary Injunction (ECF 19), which is set for hearing on May 6, 2026;

WHEREAS, on January 21, 2026, Plaintiff filed an Application for Temporary Restraining Order (TRO) (ECF 20);

WHEREAS, on February 3, 2026, Defendants' counsel, James A. Long and Hollie J. Kucera, entered appearances in this action (ECF 37 and 40);

WHEREAS, on February 27, 2026, Defendants filed their joint Answer to the Complaint and Counterclaim (ECF 42), alleging ten (10) separate counterclaims for relief;

WHEREAS, on March 3, 2026, the Court set a Status Conference for March 18, 2026 (ECF 43);

WHEREAS, on March 11, 2026, Defendants filed a Motion for Temporary Restraining Order (TRO) (ECF 46);

WHEREAS, according to the docket, Plaintiff's opposition to Defendant's Motion for TRO is due March 25, 2026 and Defendant's reply is due April 1, 2026;

WHEREAS, the deadline for Plaintiff and Counterdefendant TAG to respond to Defendant's Counterclaim is March 20, 2026;

WHEREAS, the parties agree that under the circumstances – including Plaintiff's pending Motion for Preliminary Injunction and pending TRO Application, and Defendant's own pending Motion for TRO and attendant briefing deadlines, as well as the Court's March 18, 2026 status conference -- it is in the interests of justice to allow the parties to focus on the pending motions and to defer TAG's response to the Counterclaim by 30 days;

WHEREAS, such an extension will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, the parties hereby stipulate to the following, subject to approval of the Court:

/ / /

/ / /

/ / /

2

STIPULATION AND ORDER TO ENLARGE TIME FOR COUNTERDEFENDANT
TO RESPOND TO COUNTERCLAIM

Case No. 5:25-CV-10867-EKL

The time for Counterdefendant TAG to file a response to the Counterclaim shall be enlarged by thirty (30) days, to April 20, 2026, subject to the Court's approval.

Respectfully submitted,

Dated: March 12, 2026                    SMITH, GAMBRELL & RUSSELL, LLP


                                         /s/ Gregg A. Rapoport
                                         Gregg A. Rapoport
                                         Elizabeth G. Borland
                                         Attorneys for Plaintiff and Counterdefendant
                                         THE ACCELERATION GROUP, LLC


Dated: March 12, 2026                    THE LONG LAW FIRM, PLLC


                                         /s/ James A. Long
                                         James A. Long
                                         Hollie J. Kucera
                                         Attorneys for Defendants and Counterclaimants
                                         SAINT CLOUD, INC. and RAY BRIAN WALKER

                                         ORDER

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 13, 2026                   _____
                                         HON. EUMI K. LEE
                                         UNITED STATES DISTRICT JUDGE

3